JACOB DILCHER, Respondent, *v.* MICHAEL NELLANY, Appellant.

*Dilcher* v. *Nellany,* 129 App. Div. 932, affirmed.
(Argued October 3, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 26, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action on contract.

*Adelbert Moot, Helen Z. M. Rogers* and *Edward W. Hatch* for appellant.

*Simon Fleischmann* and *Arthur H. Williams* for respondent.

Judgment affirmed, with costs, on the ground that there is no exception in the case which raises the objections the appellant has argued on this appeal; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.